IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| K.S. by her guardian *ad litem*, )<br>Kenneth L. Isserlis, and )<br>DOROTHY SPIOTTA and PAUL SPIOTTA )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMBASSADOR PROGRAMS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 1:10-cv-00439 (TSE/JFA) |

### DEFENDANT PEOPLE TO PEOPLE INTERNATIONAL'S MOTION TO AMEND THE EXHIBITS ATTACHED TO ITS MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW the defendant, People to People International ("PTPI"), by and through undersigned counsel, and respectfully request that the Court enter an Order amending the Exhibits attached to the Motion for Summary Judgment and Memorandum in Support thereof, filed with the Court on June 25, 2010. In support of this Motion, PTPI states as follows:

1. PTPI filed a Motion for Summary Judgment on June 25, 2010. (Docket Entry 397, 398.)

2. The Memorandum in Support of PTPI's Motion for Summary Judgment included six exhibits. (Docket Entry 398.)

3. PTPI inadvertently filed exhibits Four and Five without redacting the names of certain minor children, as required by Local Civil Rule 7.

4. Upon discovering the error, counsel for Plaintiffs notified counsel for PTPI of the error. PTPI advised Plaintiffs' counsel of its intention to file this Motion to substitute the exhibits with redacted versions of the same.

1

5. PTPI has prepared new copies of each of the exhibits and attached them to this Motion. These exhibits are identical to those filed originally except that all personal identifiers contained within them have been redacted in accordance with Local Civil Rule 7.

WHEREFORE, People to People International requests that the Court enter an Order substituting the exhibits attached to the Motion for Summary Judgment and Memorandum in Support thereof with the exhibits attached to this Motion.

Respectfully submitted,

PEOPLE TO PEOPLE INTERNATIONAL

By Counsel

_____/s/_____
Collin J. Hite (VSB #38869)
Kimberly R. Hillman (VSB #41540)
Kenneth W. Abrams (VSB #78216)
*Counsel for Defendant*
*People to People International*
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Phone: (804) 775-7791
Fax:    (804) 225-5405
chite@mcguirewoods.com
khillman@mcguirewoods.com
kabrams@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William B. Cummings, Esquire (VSB #6469)
William B. Cummings, P.C.
Post Office Box 1177
Alexandria, Virginia 22313
wbcpclaw@aol.com
*Co-Counsel for Plaintiffs K.S., by her guardian*
*ad litem, Kenneth L. Isserlis, Dorothy Spiotta and*
*Paul Spiotta*

and

William L. Mitchell, III (VSB #48585)
Tracie N. Wesner (VSB #68773)
*Counsel for Defendants Ambassador Programs, Inc. and Ambassadors Group, Inc.*
Eccleston and Wolf, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 857-1696 x1123
Facsimile: (202) 857-0762
wmitchell@ewdc.com
wesner@ewdc.com


I hereby certify that I am mailing the foregoing document and the NEF by United States Mail, Postage prepaid, to the following non-filing users.

Timothy K. Ford, Esquire
Katherine C. Chamberlain, Esquire
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
timf@mhb.com
katherinec@mhb.com
*Counsel for K.S., by her guardian ad litem, Kenneth L. Isserlis,*
*Dorothy Spiotta and Paul Spiotta*

Case 1:10-cv-00439-TSE-JFA Document 406 Filed 06/28/10 Page 4 of 4

Kenneth L. Isserlis, Esquire
1124 W. Riverside Avenue, Suite 200
Spokane, Washington 99201-1109
lkellerman@leeisserlis.com
Guardian *ad litem* for K.S.

Jerry S. Phillips, Esquire
Loeb & Loeb, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
jphillips@loeb.com

                                                         /s/
                                        Collin J. Hite (VSB #38869)
                                        Kimberly R. Hillman (VSB #41540)
                                        Kenneth W. Abrams (VSB #78216)
                                        *Counsel for Defendant*
                                        *People to People International*
                                        McGuireWoods LLP
                                        One James Center
                                        901 East Cary Street
                                        Richmond, Virginia 23219-4030
                                        Phone: (804) 775-7791
                                        Fax:   (804) 225-5405
                                        chite@mcguirewoods.com
                                        khillman@mcguirewoods.com
                                        kabrams@mcguirewoods.com