IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| K.S. by her guardian *ad litem*, Kenneth L. Isserlis, and DOROTHY SPIOTTA and PAUL SPIOTTA <br><br> Plaintiffs, <br><br> v. <br><br> AMBASSADOR PROGRAMS, INC., *et al.*, <br><br> Defendants. | Case No. 1:10-cv-00439 (TSE/JFA) |

### ORDER

It is hereby ordered that all of the exhibits attached to Defendant People to People's Motion for Summary Judgment and Memorandum in Support thereof, filed with the Court on June 25, 2010, are stricken and substituted with the exhibits attached to the Defendant People to People's Motion to Amend the Exhibits Attached to Its Motion for Summary Judgment and Memorandum in Support Thereof, filed with the Court on June 28, 2010.

_____          _____
Date                                                    United States Magistrate Judge

1