IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| K.S., by her interim guardians ad litem, and DOROTHY SPIOTTA and PAUL SPIOTTA,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR PROGRAMS, INC.; et al.,<br><br>Defendants. | CASE NO. 1:10-cv-00439 (TSE/JFA) |

## NOTICE OF WAIVER OF HEARING

Defendants Ambassador Programs, Inc., Ambassadors Group, Inc., and People to People International, by counsel, and pursuant to Local Civil Rule 7(E), hereby notifies the Court that the oral hearing is waived with respect to their Joint Motion to Amend Court's Memorandum Opinion and September 7, 2010 Order.

    Respectfully submitted,

    AMBASSADOR PROGRAMS, INC. and
    AMBASSADORS GROUP, INC.

    By: _____/s/_____
    William L. Mitchell, II, Esquire (VSB #48585)
    Tracie N. Wesner (VSB #68773)
    ECCLESTON AND WOLF, P.C.
    2001 S Street, N.W., Suite 310
    Washington, D.C. 20009
    Phone: (202) 857-1696
    Fax:   (202) 857-0762
    Email: wmitchell@ewdc.com
    Email: wesner@ewdc.com
    *Counsel for Defendants Ambassador Programs, Inc. and Ambassadors Group, Inc.*

PEOPLE TO PEOPLE INTERNATIONAL

By: _____/s/_____
Collin J. Hite (VSB #38869)
Kimberly R. Hillman (VSB #41540)
Kenneth W. Abrams (VSB #78216)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Phone: (804) 775-1000
Fax:    (804) 225-5405
Email: chite@mcguirewoods.com
khillman@mcguirewoods.com
kabrams@mcguirewoods.com
*Counsel for Defendant People to People International*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2010, that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| William B. Cummings, Esq.<br>WILLIAM B. CUMMINGS, P.C.<br>Post Office Box 1177<br>Alexandria, Virginia 22313<br>wpcpclaw.aol.com<br>*Co-Counsel for Plaintiffs* | Kimberly R. Hillman, Esq.<br>Collin J. Hite, Esq.<br>Kenneth Abrams, Esq.<br>MCGUIREWOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219-4030<br>Phone: (804) 775-1127<br>Fax: (804) 698-2153<br>khillman@mcguirewoods.com<br>chite@mcguirewoods.com<br>kabrams@mcguirewoods.com<br>*Counsel for Defendant People to People International* |

AND I HEREBY CERTIFY that I will email and mail the foregoing document and the NEF by United States mail, postage prepaid, to the following non-filing users:

| | |
|---|---|
| Kenneth L. Isserlis, Esq.<br>1124 W. Riverside Avenue, Suite 200<br>Spokane, WA 99201-1109<br>lkellerman@leeisserlis.com<br>*Guardian ad litem for K.S.* | Timothy K. Ford, Esq.<br>Katherine C. Chamberlain, Esq.<br>MACDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104-1745<br>Phone: (206) 622-1604<br>Fax: (206) 343-3961<br>timf@mhb.com<br>katherinec@mhb.com<br>*Counsel for Plaintiffs* |

                                    /s/_____
Tracie N. Wesner (VSB #68773)
*Counsel for Defendants Ambassador Programs, Inc. and Ambassadors Group, Inc.*
ECCLESTON AND WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
Phone: (202) 857-1696
Fax:    (202) 857-0762
Email:  wesner@ewdc.com