IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| K.S., by her interim guardians ad litem, et al., <br>     Plaintiffs, <br><br> v. <br><br> AMBASSADOR PROGRAMS INC., et al., <br>     Defendants. | No. 1:10cv439 |

## ORDER

At issue is the parties' joint motion to amend or to correct the Memorandum Opinion and September 7, 2010 Order in this case. The parties have previously requested, and been granted, an amendment to the Final Order in this case. *See K.S. v. Ambassador Programs, Inc.*, No. 1:10cv439 (E.D. Va. Sept. 15, 2010) (Order). As the parties lack good cause for this motion, their request is denied.

Accordingly,

It is hereby **ORDERED** that the parties' joint motion to amend or to correct (Doc. No. 526) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 23, 2010

/s/
T. S. Ellis, III
United States District Judge